UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES EDWARD LEWIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 5:12-cv–03659-AKK |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| THE SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendants. | |

## MEMORANDUM OPINION

On January 3, 2014, the magistrate judge entered a Report and Recommendation, (doc. 13), recommending the decision of the Commissioner be affirmed and the case dismissed with prejudice. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. As the magistrate judge correctly concluded, the Commissioner's decision is supported by the substantial evidence in the record.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court.

The Commissioner's decision is AFFIRMED and this action is due to be DISMISSED. A separate Order will be entered.

DONE this 23rd day of January, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE